# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2007 JUL -9 PM 3: 07

CLERK ___
SO. DIST. OF GA.

CHARLES EDWARD WILSON, )
)
    Plaintiff, )
)
v. )   Case No. CV407-059
)
PENNY HAAS FREESEMANN, )
RONALD ADAMS, ROBERT J. ERB, )
and ROBERT W. CHASTEEN JR., )
)
    Defendants. )

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 9 day of July, 2007.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA