

AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

Charles Edward Wilson

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV407-59

Penny Haas Freeseman et al.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated 7/9/07, adopting the Magistrate Judge's Report and Recommendation; Judgment is hereby entered dismissing plaintiff's case.

| | |
|---|---|
| 7/9/07 | Scott L. Poff |
| Date | Clerk |
| | *Walker Russell* |
| | (By) Deputy Clerk |

GAS Rev 10/1/03