FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2007 JUL 13 PM 4: 32

CLERK
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | |
|---|---|
| CHARLES EDWARD WILSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CV407-059 |
| ) | |
| PENNY HAAS FREESEMANN, ) | |
| RONALD ADAMS, ROBERT J. ERB, ) | |
| and ROBERT W. CHASTEEN JR., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Plaintiff has filed a "motion to withdraw" his action without prejudice. Doc. 9. This Court has already conducted an initial review of plaintiff's complaint under 28 U.S.C. § 1915A, which requires early screening of all prisoner suits against governmental entities or officials for the purpose of identifying claims that are subject to immediate dismissal. The Court then entered a Report and Recommendation suggesting that plaintiff's action be dismissed for failure to state a claim, doc. 7, a recommendation adopted by the district judge on July 9, 2007. Doc. 10. This Court has previously held that "28 U.S.C. § 1915(a) prevents [a prisoner] from avoiding a 28 U.S.C. § 1915(g) 'strike' merely by

exploiting Rule 41(a) in the face of an adverse Report and Recommendation." See Nesbitt v. Huff, CV406-191, doc. 9 (S.D. Ga. 2006). Further, the Court cautioned plaintiff early in this litigation that the Prison Litigation Reform Act requires prisoner litigants to pay the entire filing fee even if the suit is dismissed at the outset because it is frivolous or fails to state a claim for relief. Doc. 3, at 2. The Court also informed plaintiff about the "three strikes" provision of 28 U.S.C. § 1915(g) and afforded him an opportunity to voluntarily dismiss his complaint pursuant to Fed. R. Civ. P. 41(a)(1) prior to submitting the forms enclosed with the order, thereby avoiding payment of the filing fee or receiving a "strike" under § 1915(g). Plaintiff did not avail himself of this opportunity. Accordingly, plaintiff's motion to dismiss this action without prejudice is DENIED.

**SO ORDERED** this 13th **day of July, 2007.**

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA